IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 696-004-2 |
| | * | |
| KYLE MICHAEL BREWER | * | |

**O R D E R**

In 1996 a jury found Defendant Kyle Michael Brewer guilty of 1) conspiracy to possess with intent to distribute cocaine hydrochloride and cocaine base (Count One); 2) distribution of cocaine base (Count Five); 3) employment of a person under the age of 18 to distribute cocaine base (Count Eight); and 4) use of a firearm during a drug trafficking crime (Count Nine). Defendant was sentenced to concurrent sentences of life imprisonment on Count One, twenty years on Count Five, and 85 years on Count Eight plus a consecutive 60-month sentence on Count Nine. The Court also imposed an eight-year term of supervised release.

In 2015, the Court granted Defendant's motion to reduce sentence under 18 U.S.C. § 3582(c)(2); his sentence was reduced to a total of 387 months imprisonment (327 months on Counts One and Eight plus a consecutive 60-month sentence on Count Nine). (Doc. 1115.)

On September 30, 2020, the Bureau of Prisons granted Defendant release to home confinement based upon his vulnerability to COVID-19. (See Order of Jan. 5, 2021, Doc. 1190.) At the time, Defendant came under the supervision of a residential reentry management office in Miami, Florida. (Id. at 2.) That supervision was ended in January 2021 when this Court granted another sentence reduction to Defendant under Section 404 of the First Step Act. (Id. at 8.) Defendant's eight-year term of supervised release remained in effect. (Id. at 8-9.)

Defendant has now served a little over 2 years of his supervised release under the supervision of the United States Probation Office in the Southern District of Florida. Presently, Defendant seeks to terminate the remainder of his supervised release term. The United States Attorney's Office for the Southern District of Georgia opposes the motion only upon the grounds that it is sought on "this early date." (Doc. 1196, at 2.)

There is no evidence before the Court that Defendant has violated any condition of his supervised release. In fact, the Court noted in its Order of January 5, 2021, that Defendant performed well during his four months of home confinement.[1] By all accounts, Defendant has been in full compliance with the terms

---

[1] The Court also takes note once again that Defendant had only ONE infraction while in the custody of the Bureau of Prisons for 25 years.

2

and conditions of his release, maintaining stable employment and a steady residence. The fact that Defendant remains employed through his myriad health conditions is commendable.

All this said, given due deference to the prosecuting office and in light of the serious nature of Defendant's offenses, the Court finds that another six months of full compliance with his terms of supervised release would benefit not only the community at large but Defendant himself.

Upon the foregoing, Defendant Kyle Michael Brewer's motion for early termination of supervised release (doc. 1194) is **DENIED** without prejudice to renew no earlier than September 30, 2023. At that time, the Court will consider only a petition to terminate supervised release presented by Defendant's supervising probation officer, Ms. Katruicia Granston of the Southern District of Florida.

The Clerk is hereby directed to *mail* a copy of this Order to Ms. Granston and Defendant Kyle Michael Brewer.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of March, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA