**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

```
UNITED STATES OF AMERICA          *
                                  *
          v.                      *          CR 696-004-2
                                  *
KYLE MICHAEL BREWER               *
```

## O R D E R

On March 23, 2023, the Court denied Defendant Kyle Michael Brewer's motion for early termination of supervised release. The Court stated that the earliest Defendant could renew his request was September 30, 2023. (Doc. 1197.) Defendant only recently filed another motion for early termination of supervised release, and thus, he has been under supervision for nearly 18 months longer than anticipated. Most importantly, he has been so without any violation of the terms of his supervised release.

Upon the favorable report of Defendant's supervising probation officer, who does not oppose early termination, and with no objection from the United States Attorney's Office, and upon consideration of the relevant factors of 18 U.S.C. § 3553(a), Defendant's motion for early termination of supervised release (doc. 1198) is **GRANTED**. Defendant Kyle Michael Brewer is hereby discharged from his term of supervised release. The Clerk is directed to send a copy of this Order to Ms. Caitlin Hankins of

the United States Probation Office in the Southern District of Florida.

   **ORDER ENTERED** at Augusta, Georgia, this *19th* day of March, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2